DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JENNIFER S. JACKSON,**
Appellant,

v.

**SERGIO A. FERNANDEZ VALDES,**
Appellee.

No. 4D2025-1892

[August 13, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Darren Dunifon Shull, Judge; L.T. Case No. 502022DR010014XXXXMB.

Richard F. Hussey of Richard F. Hussey, P.A., Fort Lauderdale, and Richard B. Mateer of Richard B. Mateer, P.A., Boca Raton, for appellant.

Stacy J. Ford of Litigation & Appeals Advocacy, PLLC, St. Cloud, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***